AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

-FILED-

MAR 0 2 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States of America
v.
ERIN E. CLOWSER

Case No. 1:22MJ -25-SLC

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  10/5/2021 - 2/23/2022  in the county of  Allen  in the  Northern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(8) | Misuse of Social Security Number between on or about 1/25/2022, and on or about 2/23/2022 |
| 18 U.S.C. § 1344 | Bank Fraud between on or about 10/5/2021 and on or about 2/22/2022 |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

Roy M. Stuckey
Digitally signed by Roy M. Stuckey
Date: 2022.03.01 16:07:27 -05'00'

_____
Complainant's signature

Roy Stuckey, TFO FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/02/2022

s/ Susan Collins
_____
Judge's signature

City and state: Fort Wayne, Indiana

Susan Collins, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

Comes now Task Force Officer Roy Stuckey of the Federal Bureau of Investigation (FBI) first being duly sworn now deposes and says:

I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since 2009. I am currently responsible for conducting and assisting in investigations into white collar matters including complex financial fraud, public corruption, and health care fraud. During my tenure with the FBI, I have participated in numerous investigations of complex narcotic investigations, financial crimes, bank robbery, and complex frauds.

The statements in this Affidavit are either known to me personally, or have been told to me directly by law enforcement officers, witnesses and other sources.

Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for Erin E. Clowser (herein after Clowser), your Affiant has not included each and every fact known concerning this investigation. Your Affiant has set forth only the facts that are necessary to establish probable cause.

42 U.S.C. § 408(a)(8) Misuse of a Social Security Number

On January 25, 2022, Clowser applied for a DDA at First Source Bank using the virtual branch, meaning she applied for the account online. A DDA is a bank account from which deposited funds can be withdrawn at any time

without notice. Checking and savings accounts are common types of DDAs. Clowser provided a date of birth (DOB) of March XX, 1968, an address of XXXXX Avalon Way, Apartment 9, Fort Wayne, Indiana, Social Security Number (SSN) XXX-XX-6837, telephone number 260-403-9500, as her personal information when opening the account.

On February 23, 2022, First Source Bank Fraud team discovered that the SSN that Clowser provided to First Source, XXX-XX-6837, when she opened her account did not match a previous SSN the bank had on file for Clowser, which was XXX-XX-3232. When Clowser came into the Pine Valley branch to complete the account opening, Clowser advised the bank employee that the SSN of XXX-XX-3232 was incorrect. The bank employee had copied and pasted the information from Clowser's old account into her new account. Clowser had the bank employee change the SSN from XXX-XX-3232, to XXX-XX-6837, claiming that was her true SSN. In fact, that SSN is assigned to Clower's roommate, Rhonda Woods.

A Bureau of Motor Vehicles (BMV) record search for Erin Clowser shows an SSN of XXX-XX-3232 which contradicts the SSN she used when she opened the First Source bank account on January 25, 2022. In addition, Clowser is currently on supervised release for a federal conviction in case number 1:17CR35. Federal Probation has confirmed that Clowser's SSN is XXX-XX-3232. A subsequent BMV record search for Clowser's roommate, Rhonda Lee Woods, showed a DOB of March XX, 1968 and SSN of XXX-XX-6837.

<u>18 U.S.C. § 1344 Bank Fraud</u>

On February 7, 2022, Clowser made a mobile deposit of a check in the amount of $992.33 into her First Source Bank account. The check was drawn on Partners 1st Credit Union, from the account of Loren J Gunkel Estate, XXXX Leesburg Road, Fort Wayne, Indiana made payable to Erin Clowser and signed by Loren J. Gunkel (Estate).

On February 22, 2022, Clowser made another mobile deposit of a check in the amount of $1,842.00 into her First Source Bank account, drawn on the same account listed above, made payable to Erin Clowser and signed by Loren J. Gunkel (Estate). At this time the check was flagged and held for review.

On February 24, 2022, Partners 1st Federal Credit Union confirmed with their customer that Loren Gunkel Estate did not write checks to Erin Clowser. Partners 1st identified 3 fraudulent checks written to Erin Clowser from the Loren J. Gunkel Estate. Partners 1st believed the checks were manufactured

3

by Clowser or an unknown accomplice because the checks transacted by Clowser did not match the check stock used by the Loren Gunkel Estate. Partners 1st also discovered that the serial numbers on the checks deposited by Clowser were not in the check number series used by the Gunkel Estate.

On February 23, 2022, while conducting their review on Clowser, First Source discovered Clowser was associated with an ACH fraud case that First Source had opened on December 6, 2021, reference customer Helen Huff. ACH stands for the Automated Clearing House network, which is a means of sending and receiving money electronically. First Source flagged 4 unauthorized ACH transactions as fraudulent which are listed as follows:

- October 5, 2021, payment to Opp Finance for $1,159.12 in the name of Erin Clowser.

- October 12, 2021, payment to Carmax for $564.35 in the name of Frank Harger. Harger is known to your affiant as an associate of Erin Clowser.

- November 4, 2021, payment to Verizon for $876.65 in the name of Erin Clowser.

- November 12, 2021, payment to Amazon for $12.83 in the name of Erin Clowser.

Based on the above, your Affiant has probable cause to believe that between January 25, 2022 and February 23, 2022, Clowser committed Misuse

of a Social Security Number, in violation of 42 U.S.C. § 408(a)(8) and between on or about October 5, 2021 and February 22, 2022, Clowser committed Bank Fraud in violation of 18 U.S.C. § 1344.

The foregoing facts are true to the best of your Affiant's knowledge and belief.

Further your Affiant sayeth naught.

Roy M. Stuckey
Digitally signed by Roy M. Stuckey
Date: 2022.03.01 16:06:58 -05'00'

Roy Stuckey
FBI
Task Force Officer

Sworn and subscribed before me this 2nd day of March 2022.

s/ Susan Collins

Susan Collins
United States Magistrate Judge
Northern District of Indiana
Fort Wayne Division